UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                              CRIMINAL ACTION

VERSUS

LOUIS CAO                                             NO. 08-00090-BAJ-RLB

## ORDER

Considering Defendant's unopposed Motion for Early Termination of Supervised Release (Doc. 67),

**IT IS ORDERED** that Defendant's Motion is **GRANTED**. Pursuant to 18 U.S.C. §3583(e)(1), and upon consideration of the factors set forth at Title 18, section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7), Defendant's term of supervised release is **TERMINATED** as of the date of this order. Specifically, the Court finds that the purposes of sentencing are satisfied by early termination of Defendant's supervised release based on Defendant's successful reintegration to the community, which includes stable employment; Defendant's compliance with all conditions of supervised release, which includes abstinence from illicit drugs, and treatment and counseling at Marion Counseling Services in Jackson, Mississippi; the nature and circumstances of Defendant's offense of conviction; the need to deter future criminal conduct; and the need to protect the public. *See*

18 U.S.C. § 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5).

Baton Rouge, Louisiana, this 4th day of February, 2021

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**